| | |
|---|---|
| 1 | MICHELE BECKWITH |
| 2 | Acting United States Attorney |
|   | MATHEW W. PILE |
| 3 | Associate General Counsel |
|   | Office of Program Litigation, Office 7 |
| 4 | JUSTIN L. MARTIN, Missouri State Bar No. 62255 |
|   | Special Assistant United States Attorney |
| 5 | Office of Program Litigation, Office 7 |
|   | Office of the General Counsel |
| 6 | Social Security Administration |
| 7 | 6401 Security Boulevard |
|   | Baltimore, MD 21235-6401 |
| 8 | Telephone: (206) 615-3735 |
|   | Email: Justin.L.Martin@ssa.gov |
| 9 | |
|   | Attorneys for Defendant |
| 10 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

DONICA SANTOS,  )  CIVIL NO. 2:25-cv-00930-DC-DMC
       Plaintiff,  )
    v.  )  **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER**
COMMISSIONER OF SOCIAL SECURITY,  )
       Defendant.  )

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge with instructions to reevaluate Plaintiff's alleged symptoms and limitations; reevaluate the medical opinions and prior administrative medical findings; reevaluate Plaintiff's residual functional capacity; as needed, continue the sequential evaluation process and

STIPULATION TO REMAND; 2:25-cv-00930-DC-DMC

1  obtain supplemental vocational evidence, if warranted; take action to further develop the record,
2  as necessary; and issue a new decision.
3     The parties further request that the Court direct the Clerk of the Court to enter a final
4  judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the
5  Commissioner.

Respectfully submitted,

DATE:  June 11, 2025        /s/ *Katherine R. Siegfried**
                            KATHERINE R. SIEGFRIED
                            (* as authorized via e-mail on June 11, 2025)
                            Attorney for Plaintiff

                            MICHELE BECKWITH
                            Acting United States Attorney

                            MATHEW W. PILE
                            Associate General Counsel
                            Office of Program Litigation, Office 7

DATE:  June 11, 2025        By: /s/ *Justin L. Martin*
                            JUSTIN L. MARTIN
                            Special Assistant United States Attorney
                            Office of Program Litigation, Office 7

                            Attorneys for Defendant

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

STIPULATION TO REMAND; 2:25-cv-00930-DC-DMC

**ORDER**

Based upon the parties' stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation.

Dated:  June 18, 2025



DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO REMAND; 2:25-cv-00930-DC-DMC